## (November 20, 1944.)

JOSEPH E. CHRISTENSEN, as Administrator of the Estate of CATHERINE C. THURSTON, Deceased, Respondent, v. EUGENE B. THURSTON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 874.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of the Estate of EDWARD H. MILLER, Deceased. (3 Proceedings.) CLAIRE P. MILLER, Appellant; MILTON MILLER et al., as Temporary Administrators of the Estate of EDWARD H. MILLER, Deceased, et al., Respondents.— Motion to vacate order granting motion to dismiss appeal granted. Motion to extend time granted on condition that appellant perfect the appeal for the February, 1945, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion to extend time denied, with ten dollars costs. The appellant is directed to serve her brief by December 20, 1944, and respondents are directed to serve their brief by January 20, 1945. Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting.

MALLARY, INC., Individually and in Behalf of All Other Persons Similarly Situated, Appellant, v. CITY OF NEW ROCHELLE, Respondent. (Action No. 2.) — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 878.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

THOMAS B. PAPAS, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 870.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

JULIET S. ALLEN, Respondent, v. FRANCIS G. ALLEN, Appellant.— In an action for a separation, defendant appeals from an order awarding alimony *pendente lite* and counsel fees. Order affirmed, with ten dollars costs and disbursements. Appellant is directed to pay arrears of alimony, if any, and one half the counsel fee within ten days from the entry of the order hereon, and the remainder of the counsel fee when the action shall first appear on the ready calendar for trial. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

HARRY ALLEN, Respondent, v. ABRAHAM FAUST, Appellant.— Action to recover damages for personal injuries received by plaintiff, a business visitor to defendant's store. Judgment, entered on the verdict of a jury in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.